SZIMANSKI, Respondent, v. NICHOLS COPPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Jacob Szimanski against the Nichols Copper Company. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

THAYER, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Ida M. Thayer, as administratrix, etc., against the Standard Oil Company of New York. No opinion. Motion for leave to appeal to Court of Appeals (from 143 N. Y. Supp. 1146) denied, with $10 costs.

THIELE v. DILL. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by William Thiele against James J. Dill. No opinion. Application granted. Order signed.

THIELE v. UNITED GAS & ELECTRIC CORP. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by William Thiele against the United Gas & Electric Corporation. No opinion. Application granted. Order signed.

THOMAS, Respondent, v. AMERICAN MO-LASSES CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Alphonse H. Thomas against the American Molasses Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 158 App. Div. 692, 143 N. Y. Supp. 813.

THOMAS, J., dissents, upon the ground that it was error to receive in evidence the letters from plaintiff to Taussig, and the letter from Taussig to plaintiff.

TIERNEY, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by John Tierney against the Pittsburg Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs. Leave to appeal to Court of Appeals and motion for reargument denied, 144 N. Y. Supp. 1147.

TIERNEY, Respondent, v. PITTSBURGH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by John Tierney against the Pittsburgh Contracting Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1147) denied.

TIERNEY, Respondent, v. PITTSBURGH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by John Tierney against the Pittsburgh Contracting Company. No opinion. Motion for reargument (of 144 N. Y. Supp. 1147) denied, without costs.

TITLE GUARANTEE & TRUST CO., Respondent, v. GOLDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by the Title Guarantee & Trust Company, as substituted trustee, etc., against Samuel Goldberg. No opinion. Order affirmed, with $10 costs and disbursements.

TLUSTY, Respondent, v. DOWLY, Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Florence Tlusty against Anna J. Dowly. J. W. Prendergast, of New York City, for appellant. M. Feltenstein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOLPA, Respondent, v. TRITSCHLER, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Joseph Tolpa against Stephen Tritschler. No opinion. Judgment of the County Court of Queens County unanimously affirmed, with costs.

TOMPKINS COUNTY CO-OP. FIRE INS. CO., Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by the Tompkins County Co-operative Fire Insurance Company against the Delaware, Lackawanna & Western Railroad Company. No opinion. Order reversed, with costs, motion denied, and verdict of the jury reinstated, with costs.

TORMEY, Respondent, v. DEANE PLAS-TER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by James Tormey against the Deane Plaster Company. I. H. Levy, of New York City, for appellant. J. H. Corn, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TORRENS, Respondent, v. H. L. HER-BERT & CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by William E. Torrens against H. L. Herbert & Co. and others. H. M. Earle, of New York City, for appellants. A. F. McCabe, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re TOWN BOARD OF OYSTER BAY. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) In the mat-